

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00802-CV

**IN THE INTEREST OF L.A.D.-L., M.R.D.-L., U.A.D.-T., AND D.R.D.-T., CHILDREN**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00824
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

SIGNED May 30, 2018.

_____
Irene Rios, Justice